

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Brandon Everett Palmer, Appellant

No. 06-23-00174-CR      v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 22F1714-202). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by replacing "**N/A**" with "**YES**" in regard to the allegations contained in the first and second enhancement paragraphs and by replacing "**N/A**" with "**TRUE**" as to the jury's finding in regard to the second enhancement paragraph. As modified, we affirm the judgment of the trial court.

We note that the appellant, Brandon Everett Palmer, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 23, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk